**Ella Gidel, appellee, v. John A. Gidel, appellant.  Gen. No. 8,160.**

Opinion filed February 8, 1928.

Harold F. Trapp, for appellant.  Homer B. Harris, for appellee.

Mr. Presiding Shurtleff delivered the opinion of the court.

**Lilla M. Solomon, appellee and plaintiff in error, v. Edward C. Solomon, appellant and defendant in error.  Gen. No. 8,162.**

Opinion filed February 8, 1928.

Thomas D. Masters and Walter T. Day, for appellant and defendant in error.  Gillespie & Gillespie and Edmund Burke, for appellee and plaintiff in error.

Mr. Justice Niehaus delivered the opinion of the court.

**Wilbur Green, appellant, v. The People of the State of Illinois ex rel. Helen Groce, appellee.  Gen. No. 8,168.**

Opinion filed February 8, 1928.

Carl E. Robinson, T. J. Priest and Barnabas F. Sears, for appellant.  John A. McKeene, State's Attorney, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

## FOURTH DISTRICT.

**Tennie Glasco, appellee, v. Calvin Caraker and Myrtle Yates, appellants.**

Original opinion filed March 2, 1928.  Modified and refiled May 22, 1928.  Rehearing denied May 22, 1928.

Richard Peery, for appellants.  H. A. Spann, for appellee.

Mr. Justice Newhall delivered the opinion of the court.